

**mcandrews**
McANDREWS HELD & MALLOY LTD

500 WEST MADISON STREET   34TH FLOOR   CHICAGO ILLINOIS 60661
(T) 312 775 8000    (F) 312 775 8100    www.mcandrews-ip.com

JOSEPH F. HARDING, ESQ.
jharding@mcandrews-ip.com

June 14, 2007

VIA ELECTRONIC FILING AND FACSIMILE

United States Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
San Francisco Division
Facsimile No. 415-522-3636

    Re:    July 25, 2007 Settlement Conference
                *Moore v. Broadcom* (C-06-05647 MJJ (JCS))

Dear Magistrate Judge Spero:

    Following up on our telephone call with Ms. Macudzinski-Gomez of your office, Broadcom respectfully requests a change in the time for the settlement conference scheduled in the Mark Moore v. Broadcom case (C-06-05647 MJJ (JCS)). The Notice of Settlement Conference and Settlement Conference Order scheduled the conference for July 25, 2007 at 9:30 a.m. Due to a personal conflict affecting Defendant's lead trial counsel, Broadcom requests that the conference be re-scheduled to begin at 1:30 p.m. on the day currently scheduled (July 25, 2007).

    Broadcom has spoken with Plaintiff's counsel, who does not object to their request and will be available that afternoon.

                                               Sincerely,

                                               Joseph F. Harding

:gl

cc:  Timothy Huber, Esq.

DATED: June 14, 2007

IT IS SO ORDERED
Judge Joseph C. Spero