IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MOORE, | No. C06-05647 MJJ |
| Plaintiff, | **ORDER REGARDING PROTECTIVE ORDER** |
| v. | |
| BROADCOM CORPORATION, ET AL, | |
| Defendant. | |

On August 2, 2007, the parties submitted a Proposed Stipulated Protective Order. The Court hereby orders the parties to submit a revised protective order complying with the requirements set forth below.

1) When defining what constitutes "Confidential Information," add a provision that counsel shall not designate any discovery material "CONFIDENTIAL" without first making a *good faith determination* that protection is warranted.

2) Provide detailed instructions for filing confidential materials under seal. In addition to placing documents in a sealed envelope with instructions that the document is filed pursuant to the Stipulated Protective Order and that the envelope is not to be opened absent further order of the court, the envelope should be labeled to identify the title

of the case, the case number, and the title of the document.

**IT IS SO ORDERED.**

Dated: August 3, 2007

							_____
							MARTIN J. JENKINS
							UNITED STATES DISTRICT JUDGE