| | |
|---|---|
| Timothy T. Huber (SBN 99800)<br>Law Offices of Timothy T. Huber<br>4359 Town Center Blvd. Suite 210<br>El Dorado Hills, California 95762<br>Telephone: 916-933-2174<br>Facsimile: 916-404-5705<br>Email: timothyhuber@sbcglobal.net<br><br>Attorneys for Plaintiff and Counterclaim Defendant,<br>Mark Moore | Nathan Lane III (California State Bar # 50961)<br>Squire, Sanders & Dempsey L.L.P.<br>One Maritime Plaza, Suite 300<br>San Francisco, CA 94111-3492<br>Telephone: (415) 954-0200<br>Facsimile: (415) 393-9887<br>Email: NLane@ssd.com<br><br>Thomas J. Wimbiscus (pro hac vice)<br>Ronald H. Spuhler (pro hac vice)<br>Joseph F. Harding (pro hac vice)<br>McAndrews, Held & Malloy, Ltd.<br>500 West Madison Street, 34th Floor<br>Chicago, Illinois 60661<br>Telephone: (312) 775-8000<br>Facsimile: (312) 775-8100<br>Email: twimbiscus@mhmlaw.com<br>         rspuhler@mhmlaw.com<br>         jharding@mhmlaw.com<br><br>Attorneys for Defendants and Counterclaim Plaintiffs<br>Broadcom Corporation and Paul Beard |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK MOORE,<br><br>    Plaintiff and counterclaim defendant,<br><br>    v.<br><br>BROADCOM CORPORATION AND PAUL BEARD,<br><br>    Defendants and counterclaim plaintiffs. | C. A. No. 3:06-CV-05647-MJJ (JCS)<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING RESCHEDULING OF SETTLEMENT CONFERENCE<br><br>Honorable Joseph C. Spero |

1   WHEREAS the parties in the above-captioned case were scheduled to appear for a settlement
2   conference on July 25, 2007, as detailed in the Notice of Settlement Conference and Settlement
3   Conference Order dated March 8, 2007, and

4   WHEREAS the conference was postponed until the parties had the opportunity to take the
5   depositions of certain witnesses, and tentatively rescheduled for September 26, 2007, at 9:30 a.m.,
6   and

7   WHEREAS the depositions of certain witnesses have been confirmed to take place between
8   August 21-28,

9   IT IS STIPULATED that the settlement conference is re-scheduled to September 26, 2007, at
10  9:30 a.m., in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco,
11  CA 94102.

13  IT IS SO STIPULATED.

15  By: __/s/ Timothy T. Huber____        By: _____/s/ Joseph F. Harding_____

16  Dated: 08/14/07                        Dated:        08/14/07

Timothy T. Huber (SBN 99800)            Nathan Lane III (California State Bar # 50961)
Law Offices of Timothy T. Huber         Squire, Sanders & Dempsey L.L.P.
4359 Town Center Blvd. Suite 210        One Maritime Plaza, Suite 300
El Dorado Hills, California 95762       San Francisco, CA 94111-3492
Telephone: 916-933-2174                 Telephone: (415) 954-0200
Facsimile: 916-404-5705                 Facsimile: (415) 393-9887
Email: timothyhuber@sbcglobal.net       Email: NLane@ssd.com

Attorneys for Plaintiff and Counterclaim
Defendant,                              Thomas J. Wimbiscus (pro hac vice)
Mark Moore                              Ronald H. Spuhler (pro hac vice pending)
                                        Joseph F. Harding (pro hac vice)
                                        McAndrews, Held & Malloy, Ltd.
                                        500 West Madison Street, 34th Floor
                                        Chicago, Illinois 60661
                                        Telephone: (312) 775-8000
                                        Facsimile: (312) 775-8100
                                        Email: twimbiscus@mhmlaw.com
                                               rspuhler@mhmlaw.com
                                               jharding@mhmlaw.com

                                        Attorneys for Defendants and Counterclaim
                                        Plaintiffs
                                        Broadcom Corporation and Paul Beard

1
2
3   PURSUANT TO STIPULATION, IT IS SO ORDERED.   Updated Settlement Conference Statements shall be LODGED with the undersigned's Chambers no later than September 19, 2007.
4
5   Dated: __August 15, 2007_____        _____
6                                              Joseph C. Spero
                                               United States Magistrate Judge
7
8

*IT IS SO ORDERED*
*Judge Joseph C. Spero*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

9
10
11   Concurrence in the filing of this document has been obtained from Timothy T. Huber, the signatory listed above.
12
13                              By:  /s/ Joseph F. Harding
                                Attorney for Defendants and Counterclaim Plaintiffs,
                                Broadcom Corporation and Paul Beard
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
REGARDING RESCHEDULING OF SETTLEMENT CONFERENCE
C.A. NO. 3:06-CV-05647-MJJ (JCS)