**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MOORE, | No. C06-05647 MJJ |
| Plaintiff, | **ORDER REGARDING PROTECTIVE ORDER** |
| v. | |
| BROADCOM CORPORATION, ET AL, | |
| Defendant. | |

On August 7, 2007, the parties submitted a Proposed Stipulated Protective Order. The Court hereby orders the parties to submit a revised protective order complying with the requirements set forth below.

When defining what constitutes "Confidential Information," add a provision which provides that the information sought to be protected is properly subject to protection under FRCP Rule 26(c) and that counsel shall not designate any discovery material "CONFIDENTIAL" without first making *a good faith* determination that protection is warranted.

**IT IS SO ORDERED.**

Dated: August 17, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE