Timothy T. Huber (SBN 99800)
Law Offices of Timothy T. Huber
4359 Town Center Blvd. Suite 210
El Dorado Hills, California 95762
Telephone: 916-933-2174
Facsimile: 916-404-5705
Email: timothyhuber@sbcglobal.net

Attorneys for Plaintiff and Counterclaim Defendant,
Mark Moore

Nathan Lane III (California State Bar # 50961)
Squire, Sanders & Dempsey L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone:  (415) 954-0200
Facsimile: (415) 393-9887
Email: NLane@ssd.com

Thomas J. Wimbiscus (pro hac vice)
Ronald H. Spuhler (pro hac vice)
Joseph F. Harding (pro hac vice)
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone:  (312) 775-8000
Facsimile: (312) 775-8100
Email: twimbiscus@mhmlaw.com
         rspuhler@mhmlaw.com
         jharding@mhmlaw.com

Attorneys for Defendants and Counterclaim Plaintiffs
Broadcom Corporation and Paul Beard

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK MOORE,<br><br>  Plaintiff and counterclaim defendant,<br><br>  v.<br><br>BROADCOM CORPORATION AND PAUL BEARD,<br><br>  Defendants and counterclaim plaintiffs. | C. A. No. 3:06-CV-05647-MJJ<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF DEPOSITION LIMITS AND DISCOVERY CUT-OFF<br><br>Honorable Martin J. Jenkins |

1  WHEREAS the Pretrial Order governing this case, dated March 2, 2007, limits each side to
2  10 depositions and sets a non-expert discovery cutoff of October 26, 2007 and an expert discovery
3  cut-off of December 14, 2007;
4  WHEREAS, Defendants have taken the deposition of Plaintiff Mark Moore ("Moore") and
5  three witnesses that Moore has identified as allegedly being able to corroborate his inventorship
6  claim;
7  WHEREAS, on September 13, 2007, after Defendants had taken these four depositions,
8  Moore supplemented an interrogatory response naming 10 additional individuals as "[i]ndividuals
9  who may have some knowledge about Plaintiff's contribution to conception of the claimed subject
10 matter or can corroborate Plaintiff's status as a co-inventor";
11 WHEREAS, Defendants intend to depose some or all of theses 10 additional individuals; and,
12 WHEREAS, Plaintiff's attorney, a sole practitioner, is involved in a "90-day to trial"
13 mediation that is set to go to trial on November 15-30, and thus, will be unable to attend to discovery
14 in this case between now and the first of December,
15 IT IS STIPULATED that

- Defendants will be allowed to exceed the original limit of 10 total depositions as necessary to depose some or all of the 10 recently-identified individuals; -- **GRANTED**
- the discovery cutoff will be extended to December 21, 2007, for the limited purpose of: 1) taking the depositions of some or all of the 10 recently-identified individuals; 2) taking the deposition of Paul Beard; and 3) obtaining responses to those discovery requests already served by the parties (to be clear, neither party will be permitted to conduct additional discovery without good cause); and -- **GRANTED**
- in the event that either party decides to retain an expert, such expert will be disclosed to the other side no later than January 4, 2008; initial reports will be due by January 18; rebuttal reports will be due by February 8, 2008; and expert discovery will be completed by February 29. -- **GRANTED. The Court denies the request to extend the trial date.**

27 ~~The parties believe that the proposed extensions should not effect the current trial date (April 14,~~
28 ~~2008), but would be amenable to a 30-45 day extension of the trial date, if needed.~~ Moreover, the

STIPULATION AND [PROPOSED] ORDER
REGARDING MODIFICATION OF DISCOVERY LIMITS REGARDING CERTAIN
DEPOSITIONS
C.A. NO. 3:06-CV-05647-MJJ

1 proposed extensions ~~above should not prevent~~ **do not allow** either party ~~from~~ **relief from** filing dispositive motions in
2 accordance with the current schedule (the deadline for which is December 1, 2007).
3    This stipulation shall not serve as a concession or evidence that the testimony of the recently-
4 identified individuals is relevant or appropriate, with Defendants reserving all rights to seek remedies
5 for the expenses and fees incurred for deposing the recently-identified individuals, as appropriate.

7    IT IS SO STIPULATED.

9 By: ___/s/Timothy T. Huber_____    By: ___/s/Ronald H. Spuhler_____

10 Dated: October 11, 2007    Dated: October 11, 2007

12 Timothy T. Huber (SBN 99800)    Nathan Lane III (California State Bar # 50961)
Law Offices of Timothy T. Huber    Squire, Sanders & Dempsey L.L.P.
4359 Town Center Blvd. Suite 210    One Maritime Plaza, Suite 300
13 El Dorado Hills, California 95762    San Francisco, CA 94111-3492
Telephone: 916-933-2174    Telephone: (415) 954-0200
14 Facsimile: 916-404-5705    Facsimile: (415) 393-9887
Email: timothyhuber@sbcglobal.net    Email: NLane@ssd.com

Attorneys for Plaintiff and Counterclaim
16 Defendant,    Thomas J. Wimbiscus (pro hac vice)
Mark Moore    Ronald H. Spuhler (pro hac vice)
17    Joseph F. Harding (pro hac vice)
   McAndrews, Held & Malloy, Ltd.
   500 West Madison Street, 34th Floor
   Chicago, Illinois 60661
   Telephone: (312) 775-8000
   Facsimile: (312) 775-8100
   Email: twimbiscus@mhmlaw.com
          rspuhler@mhmlaw.com
          jharding@mhmlaw.com

Attorneys for Defendants and Counterclaim
Plaintiffs
Broadcom Corporation and Paul Beard

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/18/07
_____
Martin J. Jenkins
United States District Magistrate

*(signed)* Judge Martin J. Jenkins

STIPULATION AND [PROPOSED] ORDER
REGARDING MODIFICATION OF DISCOVERY LIMITS REGARDING CERTAIN
DEPOSITIONS
C.A. NO. 3:06-CV-05647-MJJ

Concurrence in the filing of this document has been obtained from Timothy T. Huber, the signatory listed above

By: /s/ Ronald H. Spuhler

Attorney for Defendants and Counterclaim Plaintiffs, Broadcom Corporation and Paul Beard