Timothy T. Huber (SBN 99800)
Law Offices of Timothy T. Huber
4359 Town Center Blvd. Suite 210
El Dorado Hills, California 95762
Telephone: 916-933-2174
Facsimile: 916-404-5705
Email: timothyhuber@sbcglobal.net

Attorneys for Plaintiff and Counterclaim Defendant,
Mark Moore

Nathan Lane III (California State Bar # 50961)
Squire, Sanders & Dempsey L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone: (415) 954-0200
Facsimile: (415) 393-9887
Email: NLane@ssd.com

Thomas J. Wimbiscus (pro hac vice)
Ronald H. Spuhler (pro hac vice)
Joseph F. Harding (pro hac vice)
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100
Email: twimbiscus@mhmlaw.com
       rspuhler@mhmlaw.com
       jharding@mhmlaw.com

Attorneys for Defendants and Counterclaim Plaintiffs
Broadcom Corporation and Paul Beard

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK MOORE,<br><br>Plaintiff and counterclaim defendant,<br><br>v.<br><br>BROADCOM CORPORATION AND PAUL BEARD,<br><br>Defendants and counterclaim plaintiffs. | C. A. No. 3:06-CV-05647-MJJ<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING RE-NOTICING AND EXTENDING DEADLINE FOR SUMMARY JUDGMENT HEARING<br><br>Honorable Martin J. Jenkins |

1  WHEREAS, the Pretrial Order governing this case, dated March 2, 2007, provided that dispositive motions shall be heard by January 15, 2008, and the Stipulation and Order Regarding Modification of Deposition Limits and Discovery Cut-Off (dated October 18, 2007) provided that dispositive motions shall be filed by December 1, 2007;

WHEREAS, Defendants hand-filed a Motion for Summary Judgment, with portions under seal, and served the Motion on Plaintiff on November 30, 2007;

WHEREAS, on December 13, 2007, Defendants re-filed the Motion for Summary Judgment due to their ability to remove a confidentiality designation from certain portions of the motion originally filed under seal;

WHEREAS, the Motion for Summary Judgment originally noticed the date for the hearing to be January 15, 2008; and,

WHEREAS, the Court notified Defendants that the January 15 date is not available for the hearing,

IT IS STIPULATED that

- The deadline for dispositive motions hearing shall be extended to January 29, 2008;
- The previously noticed date of January 15, 2008, on Defendants' Motion for Summary Judgment shall be vacated; and
- The hearing date for Defendants' Motion for Summary Judgment shall be re-noticed for January 29, 2008, at 9:30 a.m.

STIPULATION AND [PROPOSED] ORDER
REGARDING RE-NOTICING AND EXTENDING DEADLINE FOR SUMMARY
JUDGMENT HEARING
C.A. NO. 3:06-CV-05647-MJJ

IT IS SO STIPULATED.

By: __/s/Timothy T. Huber__

Dated: __December 18, 2007__

Timothy T. Huber (SBN 99800)
Law Offices of Timothy T. Huber
4359 Town Center Blvd. Suite 210
El Dorado Hills, California 95762
Telephone: 916-933-2174
Facsimile: 916-404-5705
Email: timothyhuber@sbcglobal.net

Attorneys for Plaintiff and Counterclaim Defendant,
Mark Moore

By: __/s/Joseph F. Harding__

Dated: __December 18, 2007__

Nathan Lane III (California State Bar # 50961)
Squire, Sanders & Dempsey L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone: (415) 954-0200
Facsimile: (415) 393-9887
Email: NLane@ssd.com

Thomas J. Wimbiscus (pro hac vice)
Ronald H. Spuhler (pro hac vice pending)
Joseph F. Harding (pro hac vice)
McAndrews, Held & Malloy, Ltd.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100
Email: twimbiscus@mhmlaw.com
    rspuhler@mhmlaw.com
    jharding@mhmlaw.com

Attorneys for Defendants and Counterclaim Plaintiffs
Broadcom Corporation and Paul Beard

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __12/21/2007__

_____
Martin J. Jenkins
United States District Judge

*IT IS SO ORDERED*
*Judge Martin J. Jenkins*

Concurrence in the filing of this document has been obtained from Timothy T. Huber, the signatory listed above.

By: __/s/Joseph F. Harding__

Attorney for Defendants and Counterclaim Plaintiffs,
Broadcom Corporation and Paul Beard